IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRIS ANDRADE,　　　　　　　　　　　　　　　　No. 3:18-cv-00030-SB

　　　　　Plaintiff,　　　　　　　　　　　　　　　　ORDER

　　v.

WALL TO WALL TILE & STONE, LLC,

　　　　　Defendant.

HERNÁNDEZ, District Judge:

　　Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation on July 11, 2024, in which she recommends that the Court grant Plaintiff's Motion for Default Judgment and enter a judgment awarding Plaintiff $50,000 in damages to the extent that insurance coverage is available in that amount. F&R, ECF 59. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

　　Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation, ECF 59. Accordingly, the Court GRANTS Plaintiff's Motion for Default Judgment, ECF 56. The Court DIRECTS Plaintiff to file a form of judgment no later than 14 days after entry of this Order.

IT IS SO ORDERED.

DATED: _____August 25, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER